UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**ALFRED SAVOY JR**  CASE NO. 6:18-CV-00874

**VERSUS**  JUDGE ROBERT R. SUMMERHAYS

**LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, ET AL.**  MAGISTRATE JUDGE DAVID J. AYO

## J U D G M E N T

Before this Court is a MOTION FOR SUMMARY JUDGMENT filed by defendant Lafayette City-Parish Consolidated Government ("LCG"). (Rec. Doc. 35). This motion was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, and noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, LCG's MOTION FOR SUMMARY JUDGMENT (Rec. Doc. 35) is GRANTED and, accordingly, all claims by Plaintiff Alfred Savoy, Jr. against LCG are DIMISSED with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all claims by Plaintiff Alfred Savoy, Jr. against the remaining defendants, identified as "Unknown Police Officers," are DISMISSED with prejudice for the reasons stated in the Magistrate Judge's report and recommendation.

**THUS DONE AND SIGNED** at Lafayette, Louisiana, this 17th day of June, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE